Sandra Jo PORTWOOD, Appellant,

v.

DIRECTOR OF REVENUE,
Respondent.

No. WD 63406.

Missouri Court of Appeals,
Western District.

Sept. 21, 2004.

Michael E. Reardon, Kansas City, MO, for appellant.

Lisa M. Eaton, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Sandra Jo Portwood appeals the trial court's judgment affirming the decision by the Director of the Department of Revenue to revoke her driving privileges under section 577.041, RSMo Cum. Supp. 2003, for refusing to submit to a chemical test. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

Mark Edward DOUGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63234.

Missouri Court of Appeals,
Western District.

Sept. 21, 2004.

Mark A. Grothoff, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before ULRICH, P.J., LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Defendant–Appellant Mark Dougan appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. This court has reviewed the briefs of the parties and the record on appeal. Finding no reversible error, the court affirms the denial of the post-trial motion. Because a published opinion reciting the facts and restating the applicable principles of law would have no precedential value, this court affirms by this summary order under Rule 84.16.

Affirmed. Rule 84.16(b).